Jason EITEL, Plaintiff,

and

Gary R. EITEL, Plaintiff–Appellant,

v.

Bradley A. CARPENTER; et al., Defendants–Appellees.

No. 01–35538.

D.C. No. CV–00–05031–RJB.

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2002 *.

Decided July 30, 2002.

Appeal from the United States District Court for the Western District of Washington Robert J. Bryan, District Judge, Presiding.

Before BROWNING, KOZINSKI, and BERZON, Circuit Judges.

MEMORANDUM **

Gary R. Eitel appeals pro se the district court's denial of his motion seeking to remove District Judge Bryan from his 42 U.S.C. § 1983 action. Because final judgment has been entered in the district court, we have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion the district court's denial of a recusal motion, *Leslie v. Grupo ICA,* 198 F.3d 1152, 1160 (9th Cir.1999), and we affirm.

Because Eitel sought to disqualify the district judge solely on the basis of prior adverse decisions, the district court did not

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

abuse its discretion by denying the motion. *See* 28 U.S.C. § 455(a); *Leslie v. Grupo ICA*, 198 F.3d at 1160.

Eitel's remaining contentions lack merit.

We decline to reach arguments Eitel raises for the first time in his reply brief. *See Eberle v. City of Anaheim*, 901 F.2d 814, 818 (9th Cir.1990).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument, and denies DeNardo's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.